24698. MASHBURN DRUG COMPANY *v.* VALDOSTA DRUG COMPANY.

STEPHENS, P. J. Under the ruling of the Supreme Court on certiorari (*Valdosta Drug Co.* v. *Mashburn Drug Co.*, 183 *Ga.* 471, 188 S. E. 694), reversing the judgment of this court (*Mashburn Drug Co.* v. *Valdosta Drug Co.*, 53 *Ga. App.* 88, 184 S. E. 903), reversing the judgment overruling the plaintiff's motion for new trial, the trial court did not err in directing the verdict for the defendant, or in any other ruling.

*Judgment affirmed. Sutton and Felton, JJ., concur.*

DECIDED FEBRUARY 3, 1937.

*A. J. Little, Franklin, Langdale & Eberhardt,* for plaintiff.
*Wilcox, Connell & Wilcox, Copeland & Dukes,* for defendant.

24703. STONECYPHER *v.* GEORGIA POWER COMPANY.

STEPHENS, P. J. Upon application of the rulings of the Supreme Court in answer to the questions certified in this case (*Stonecypher* v. *Georgia Power Co.*, 183 *Ga.* 498, 189 S. E. 13), the petition failed to set out a cause of action, and the court properly sustained the demurrer.

*Judgment affirmed. Sutton and Felton, JJ., concur.*

DECIDED FEBRUARY 3, 1937.

*Winston Owen, Wheeler & Kenyon,* for plaintiff.
*C. M. McClure, Erwin, Erwin & Nix, Colquitt, Parker, Troutman & Arkwright,* for defendant.